*E-Filed 11/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMOTE J. CURTIS, et al., | No. C 10-3673 RS |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendants. | |

Pursuant to Title 28, U.S.C. Section 636(c) and Civil Local Rule 73-1(b), all parties have submitted written consent to the jurisdiction of a magistrate judge to conduct any and all further proceedings herein, including the order and entry of final judgment. Accordingly, the case is referred for reassignment to a magistrate judge.

IT IS SO ORDERED.

Dated: 11/2/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE