1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Omote J. Curtis

7

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11
   OMOTE J. CURTIS,                )  Case No.: CV 10-3673 BZ
12                                  )
          Plaintiff,                )  [PROPOSED] ORDER ON
13                                  )  STIPULATION TO EXTEND THE
       vs.                          )  BRIEFING SCHEDULE
14                                  )
   MICHAEL J. ASTRUE,               )
15 Commissioner of Social Security, )
                                    )
16       Defendant                  )
                                    )
17 _____  )

18       IT IS SO ORDERED, based on the stipulation of the parties, that plaintiff

19 shall have until March 25, 2011, in which to file her motion for summary

20 judgment, and that all subsequent deadlines as set forth in the court's Procedural

21 Order are extended accordingly.

22 DATED March 1, 2011

23                                  THE HONORABLE BERNARD ZIMMERMAN
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-