1 │ Steven G. Rosales
Attorney at Law: 222224
2 │ Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 │ Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 │ Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net
5
Attorneys for Plaintiff
6 │ Omote J. Curtis

7

8

9
**UNITED STATES DISTRICT COURT**
10 │ **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13 │ OMOTE J. CURTIS,                    ) Case No.: CV 10-3673 BZ
                                     )
14 │          Plaintiff,               ) [PROPOSED] ORDER OF
                                     ) DISMISSAL
15 │      vs.                          )
                                     )
16 │ MICHAEL J. ASTRUE,                )
     Commissioner of Social Security, )
17 │                                   )
          Defendant.                  )
18 │                                   )
                                     )
19 │ ────────────────────────────────)

20 │        The above captioned matter is dismissed with prejudice, each party to bear

21 │ its own fees, costs, and expenses.

22 │        IT IS SO ORDERED.

23 │ DATE: 3/25/2011

24 │                              ──────────────────────────────
                          THE HONORABLE BERNARD ZIMMERMAN
25 │                          UNITED STATES MAGISTRATE JUDGE

26

-1-